# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **MARK TAYLOR & ASSOCIATES**, a Georgia partnership, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>**VEOLIA WATER NORTH AMERICA OPERATING SERVICES, LLC,** )<br>)<br>    Defendant. )<br>_____ ) | **Civil Action No.:**<br>**1:18-cv-04433-MLB** |

## DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure Rule 7.1(a) and Local Rule 3.3, Defendant Veolia Water North America Operating Services, LLC ("**Veolia**") files its Certificate of Interested Persons and Corporate Disclosure Statement, showing the Court as follows:

**(1) The undersigned counsel of record for Veolia certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:**

Plaintiff:  Mark Taylor & Associates, a Georgia Partnership

Defendant:  Veolia Water North America Operating Services, LLC

Veolia is a limited liability company formed under the laws of the State of Delaware. Veolia is a direct, wholly-owned (100%) subsidiary of Veolia Water Americas, LLC, which is a wholly-owned (100%) subsidiary of WASCO LLC, which is a wholly-owned (100%) subsidiary of Veolia North America, Inc., which is a wholly-owned (100%) subsidiary of Veolia Environnement, S.A., which is a publicly held company that trades on the Paris Exchange (VIE:EN Paris).

Veolia Environnement, S.A., Veolia's ultimate parent company, is the only parent of Veolia that has issued shares or debt securities to the public. No parent corporation or any publicly held corporation owns 10% or more of the stock of Veolia Environnement, S.A.

**(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest that could be substantially affected by the outcome of this particular case:**

The undersigned counsel for Veolia is not aware of other persons or entities with a financial interest in or other interest that could be substantially affected by the outcome of this case.

**(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:**

<u>For Plaintiff</u>:	Hall Booth Smith, P.C.
	James W. Standard, Jr.
	William R. Story

|  |  |
|---|---|
|  | 191 Peachtree Street, NE |
|  | Suite 2900 |
|  | Atlanta, GA 30303 |
|  | T:  (404) 954-5000 |
|  | F:  (404) 954-5020 |
|  | E:  jstandard@hallboothsmith.com |
|  |      wstory@hallboothsmith.com |
| For Defendant: | Weinberg Wheeler Hudgins Gunn & Dial, LLC |
|  | David J. Larson |
|  | Joseph J. Minock |
|  | 3344 Peachtree Road, NE |
|  | Suite 2400 |
|  | Atlanta, GA 30326 |
|  | T:  (404) 876-2700 |
|  | F:  (404) 875-9433 |
|  | E:  dlarson@wwhgd.com |
|  |      jminock@wwhgd.com |

This 24th day of September, 2018.

                                                **WEINBERG WHEELER HUDGINS GUNN & DIAL, LLC**
                                                */s/ Joseph J. Minock*
                                                David J. Larson
                                                Georgia Bar No. 438459
                                                Joseph J. Minock
                                                Georgia Bar No. 863687
                                                *Counsel for Defendant Veolia Water North America Operating Services, LLC*

3344 Peachtree Road NE
Suite 2400
Atlanta, Georgia 30326
T: (404) 876-2700
F: (404) 875-9433
dlarson@wwhgd.com
jminock@wwhgd.com

**RULE 7.1D CERTIFICATE OF TYPE, FORMAT AND FONT SIZE**

Pursuant to Local Rule 7.1D of the United States District Court of the Northern District of Georgia, the undersigned certifies that the foregoing submission to the Court was computer-processed, double-spaced between lines, and used Times New Roman font of 14 point size.

**WEINBERG WHEELER HUDGINS GUNN & DIAL, LLC**

 */s/ Joseph J. Minock*
Joseph J. Minock
Georgia Bar No. 863687
*Counsel for Defendant Veolia Water North America Operating Services, LLC*

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the within and foregoing pleading is being served on all counsel of record via U.S. Mail, with courtesy copies to be delivered by e-mail, as follows:

> Hall Booth Smith, P.C.
> James W. Standard, Jr. (jstandard@hallboothsmith.com)
> William R. Story (wstory@hallboothsmith.com)
> 191 Peachtree Street, NE
> Suite 2900
> Atlanta, GA 30303

This 24th day of September, 2018.

> **WEINBERG WHEELER HUDGINS GUNN & DIAL, LLC**
>  */s/ Joseph J. Minock*
> Joseph J. Minock
> Georgia Bar No. 863687
> *Counsel for Defendant Veolia Water North America Operating Services, LLC*